UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CITADEL SECURITIES AMERICAS LLC, CITADEL SECURITIES AMERICAS SERVICES LLC, CITADEL SECURITIES (EUROPE) LIMITED, and CITADEL MANAGEMENT (EUROPE) II LIMITED,

*Plaintiffs,*

v.

PORTOFINO TECHNOLOGIES AG, PORTOFINO TECHNOLOGIES USA, INC., JEAN CANZONERI, and JOHN DOES 1-10,

*Defendants.*

No. 1:23-cv-05222-GHW

---

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Citadel Securities Americas LLC, Citadel Securities Americas Services LLC, Citadel Securities (Europe) Limited, and Citadel Management (Europe) II Limited hereby file this corporate disclosure statement and state the following:

- Citadel Securities Americas LLC is wholly owned by its parent company, CSIPTRS LP. No publicly traded corporation currently owns 10% or more of its stock.

- Citadel Securities Americas Services LLC is wholly owned by its parent company, CSIPTRS LP. No publicly traded corporation currently owns 10% or more of its stock.

- Citadel Securities (Europe) Limited is wholly owned by its parent company, CSHC Europe LLC. No publicly traded corporation currently owns 10% or more of its stock.

- Citadel Management (Europe) II Limited is wholly owned by its parent company, Citadel Hedge Fund Holdings II LP. No publicly traded corporation currently owns 10% or more of its stock.

Dated: June 22, 2023
      New York, New York

                                  Respectfully submitted,

                                  /s/ Timothy S. Martin
                                  Timothy S. Martin
                                  Gabrielle E. Tenzer
                                  Michael Ferrara
                                  Christopher R. Le Coney
                                  Andrew L. Chesley
                                  KAPLAN HECKER & FINK LLP
                                  350 Fifth Avenue, 63rd Floor
                                  New York, New York 10118
                                  Telephone: (212) 763-0883
                                  tmartin@kaplanhecker.com
                                  gtenzer@kaplanhecker.com
                                  mferrara@kaplanhecker.com
                                  cleconey@kaplanhecker.com
                                  achesley@kaplanhecker.com

                                  *Counsel for Plaintiffs*