# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITADEL SECURITIES AMERICAS LLC, CITADEL SECURITIES AMERICAS SERVICES LLC, CITADEL SECURITIES (EUROPE) LIMITED, and CITADEL MANAGEMENT (EUROPE) II LIMITED,<br><br>               Plaintiffs,<br>v.<br><br>PORTOFINO TECHNOLOGIES AG, PORTOFINO TECHNOLOGIES USA, INC., JEAN CANZONERI, and JOHN DOES 1-10,<br><br>               Defendants. | Case No.: 1:23-cv-05222-GHW |

### DECLARATION OF ALEX CASIMO IN SUPPORT OF PORTOFINO TECHNOLOGIES AG AND PORTOFINO TECHNOLOGIES USA, INC.'S MOTION TO DISMISS

I, ALEX CASIMO, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I currently serve as the Chief Operating Officer ("COO") of defendant Portofino Technologies AG, a company incorporated under the laws of Switzerland and with headquarters in Zug, Switzerland.

2. I co-founded Portofino together with Léonard Lancia in April 2021. Mr. Lancia is the current Chief Executive Officer ("CEO") of Portofino.

3. I am a citizen of the United Kingdom. Mr. Lancia is a French citizen. We both currently reside in Zug, Switzerland.

4. In addition to Zug, Portofino has offices in London, United Kingdom and in Amsterdam, Netherlands. Portofino previously had an office in Singapore, Singapore. Most of our records are in Zug, Switzerland. All our employees are located in Zug, London, and Amsterdam.

5. Portofino does not have, and has never had, an office in the state of New York or anywhere else in the United States.

6. Portofino does not have clients located in the state of New York.

7. Portofino wholly owns defendant Portofino Technologies USA, Inc., which is a corporation organized under the laws of Delaware. Portofino USA was created with the intent of establishing a presence in the United States. To this day, this intent remains unfulfilled. Portofino USA has no assets, no offices, and no personnel. It performs no business activities.

8. Plaintiffs identified the following third parties in this lawsuit and in the London Arbitration, which is scheduled for a hearing on liability in May 2024:

    a. 7percent Ventures Ltd. *See* Amended Complaint ¶3.

    b. Greenfield Capital. *See* Amended Complaint ¶9.

    c. Augmentti Search Ltd. *See* Statement of Claim ¶9.13.

9. Portofino, Mr. Lancia, and I only communicated with representatives of these third parties who are based in Europe.

10. Plaintiffs allege that Mr. Lancia and I have made certain misrepresentations to Citadel Europe's employees during our tenure at Citadel Europe and afterwards. *See, e.g.*, Amended Complaint ¶¶138-146. To the best of my knowledge, many of these Citadel employees were at the time located in London, United Kingdom.

11. Plaintiffs also mention Taym Moustapha in their complaint. Amended Complaint ¶171. Mr. Moustapha worked for Citadel Europe in London, United Kingdom. Specifically, he worked on the European Options desk, which I supported while at Citadel Europe.

12. WHEREFORE, I respectfully request that this Court grant Portofino Technologies AG and Portofino Technologies USA, Inc.'s motion to dismiss or, in the alternative, motion to stay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Zug, Switzerland, on September 18, 2023.

ALEX CASIMO