```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
　:
CITADEL SECURITIES AMERICAS LLC, *et al.*, :
　:
　　　　　　　　　　　　　　Plaintiffs, :　　1:23-cv-5222-GHW
　:
　　　　-v-　　　　　　　　　　　　　　:　　ORDER
　:
PORTOFINO TECHNOLOGIES AG, *et al.*, :
　:
　　　　　　　　　　　　　　Defendants. :
　:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

　　For the reasons stated on the record during the conference held on October 30, 2024, the motion to dismiss filed by Defendants Portofino Technologies AG and Portofino Technologies USA, Inc. (the "Corporate Defendants") is GRANTED IN PART and DENIED IN PART. Plaintiffs' claims for tortious interference with Taym Moustapha's contract and the contracts of unnamed "Employee 1" and "Employee 2" are dismissed without prejudice. The Corporate Defendants' motion to dismiss the remaining claims is denied. The motion to stay this action pending resolution of the arbitration on related matters before the London Court of International Arbitration is denied. The Court grants Plaintiffs leave to file no later than 30 days from today a second amended complaint solely to cure the deficiencies identified by the Court during the October 30, 2024 conference.

　　The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42.

　　SO ORDERED.

Dated: October 30, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge