USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                      :
CITADEL SECURITIES AMERICAS LLC,      :

                                 Plaintiff,    :           1:23-cv-5222-GHW

-v -     :           ORDER

PORTOFINO TECHNOLOGIES AG, et al.,     :

                             Defendants.    :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On April 15, 2025, the Court granted a request for Susman Godfrey LLP to withdraw as counsel for Portofino Technologies AG and Portofino Technologies USA, Inc. (collectively "Portofino"). Dkt. No. 79. The Court stayed the case for a period of sixty days to allow Portofino to obtain new counsel. *Id.* The Court ordered Portofino to submit an update no later than June 14, 2025 regarding the status of its search for new counsel. *Id.*

    On June 12, 2025, the Court received Portofino's update regarding the status of its search for new counsel via email. Those emails have been docketed separately. Portofino informed the Court that they are "actively engaged in final discussions with qualified litigation counsel and expect to finalize representation shortly." Portofino proposed submitting another update to the Court by July 5, 2025.

    Portofino's request to submit another update to the Court regarding the status of its search to find new counsel is denied. Portofino has had two months to secure new counsel. They have failed to explain why they have not yet finalized their representation.

    "[I]t is settled law that a corporation cannot appear other than by its attorney." *Shapiro, Bernstein & Co. v. Cont'l Rec. Co.*, 386 F.2d 426, 427 (2d Cir. 1967); *accord Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) ("[A] layperson may not represent a separate legal entity such as a

corporation."). Accordingly, if new counsel for Portofino does not enter a notice of appearance by July 5, 2025, the Court will find Portofino in default. The stay is also extended until July 5, 2025.

The Clerk of Court is directed to mail a copy of this order to Portofino at 3 Lombard Street, London EC3V 9AA, UK.

SO ORDERED.

Dated: June 16, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge