```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
CITADEL SECURITIES AMERICAS LLC,            :
:
Plaintiff,    :    1:23-cv-5222-GHW
:
-v -            :    <u>ORDER</u>
:
PORTOFINO TECHNOLOGIES AG, et al.,          :
:
Defendants.   :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 12, 2024, the Court entered a Civil Case Management Plan and Scheduling Order. Dkt. No. 73. On April 15, 2025, the Court ordered a stay in this case to permit Portofino Technologies AG and Portofino Technologies USA, Inc. (collectively "Portofino") to find new counsel. Dkt. Nos. 79, 84. On July 4, 2025, one day before the stay expired, new counsel for Portofino Technologies AG and Portofino Technologies USA, Inc. filed a notice of appearance. Dkt. No. 85.

In light of the expiration of the stay, the parties are directed to file by no later than July 17, 2025 a joint letter regarding the status of the case and whether any modifications to the scheduling order are needed.

The Clerk of Court is directed to remove the notation of the stay on the docket.

SO ORDERED.

Dated: July 10, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge