```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :
CITADEL SECURITIES AMERICAS LLC,              :
                                              :
                              Plaintiff,      :    1:23-cv-5222-GHW
                                              :
            -v -                              :    ORDER
                                              :
PORTOFINO TECHNOLOGIES AG, et al.,            :
                                              :
                              Defendants.     :
                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 31, 2024, the Court granted a motion to dismiss filed by Defendant Jean Canzoneri. Dkt. No. 65. The Clerk of Court is directed to remove Jean Canzoneri from the caption of the case.

SO ORDERED.

Dated: September 12, 2025
       New York, New York                    _____
                                              GREGORY H. WOODS
                                              United States District Judge