UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                    :
CITADEL SECURITIES AMERICAS LLC, *et al.*,    :
                                                                    :
                                        Plaintiffs,    :                1:23-cv-5222-GHW
                                                                    :
                    -v-                                       :                ORDER
                                                                    :
PORTOFINO TECHNOLOGIES AG, *et al.*,    :
                                                                    :
                                        Defendants.    :
                                                                    :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendants' request for leave to file a Rule 12(c) or Rule 56 motion, Dkt. No. 111, is granted. The deadline for Defendants to file and serve their motion is June 24, 2026. Plaintiffs' opposition is due within twenty-eight days after service of Defendants' motion; Defendants' reply, if any, is due within fourteen days after service of Plaintiffs' opposition.

For the reasons stated on the record during the conference held on June 10, 2026, Defendants' request to seal Dkt. No. 112 and Plaintiffs' request to seal Dkt. No. 116 are granted.

The Clerk of Court is directed to terminate the motions pending at Dkt. No. 110 and 114.

SO ORDERED.

Dated: June 11, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2026