**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CITADEL SECURITIES AMERICAS LLC, *et al.*, ) | ) |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.  1:23-cv-5222-GHW |
| v. ) | |
| ) | Honorable Gregory H. Woods |
| PORTOFINO TECHNOLOGIES AG, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated between Plaintiffs Citadel Securities Americas LLC, Citadel Securities Americas Services LLC, Citadel Securities (Europe) Limited, and Citadel Management (Europe) II Limited (collectively, "Plaintiffs") and Defendants Portofino Technologies AG and Portofino Technologies USA, Inc. that the above-entitled action is dismissed with prejudice pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Plaintiffs also hereby voluntarily dismiss the claims against Defendants John Does 1-10 (the "Doe Defendants") pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), as the Doe Defendants have neither answered Plaintiffs' Amended Complaint nor filed a motion for summary judgment.

Dated: July 07, 2026

Respectfully submitted,

_____

Michael Ferrara
Kate L. Doniger
Damaris Hernández
Gabrielle E. Tenzer
Andrew L. Chesley
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
mferrara@heckerfink.com
kdoniger@heckerfink.com
dhernandez@heckerfink.com
gtenzer@heckerfink.com
achesley@heckerfink.com

*Counsel for Plaintiffs*

_____

David Slarskey
Renee Bea
Deepa Devanathan
Nicole Santoro
SLARSKEY LLC
767 Third Avenue, 14th Floor
New York, New York 10017
(212) 658-0661
dslarskey@slarskey.com
rbea@slarskey.com
ddevanathan@slarskey.com
nsantoro@slarskey.com

*Counsel for Defendants Portofino
Technologies AG and Portofino Technologies
USA, Inc.*

2